UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Noah J. McCourt, | Court File No. 18-cv-2771 (ECT/ECW) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| City of Chanhassen, | |
| Defendant. | |

WHEREFORE, the above-entitled action against Defendant City of Chanhassen ("City"), having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto through their undersigned attorneys that:

1. The above-entitled action against the City may be, and hereby is, dismissed with prejudice and without costs or disbursements to any of the parties; and

2. Without further notice, a Judgment of Dismissal with prejudice and without costs or disbursements to any of the parties may be entered herein.

Date: September 4, 2019

*s/ Padraigin L. Browne*
Padraigin L. Browne (MN ID #389962)
Browne Law, LLC
8530 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
Telephone: 612-293-4805
paddy@brownelawllc.com

Attorney for Plaintiff

Date: September 4, 2019              *s/ Hannah G. Felix*
                                                Hannah G. Felix (#0395562)
                                                LEAGUE OF MINNESOTA CITIES
                                                145 University Avenue West
                                                St. Paul, MN 55103
                                                Telephone: 651-281-1235
                                                Facsimile: 651-281-1298
                                                hfelix@lmc.org

                                                Attorney for Defendant City of Chanhassen