UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Noah John McCourt, | File No. 18-cv-02771 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Chanhassen, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 18], entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated:  September 20, 2019      s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court